JOHN LEVINE, Sometimes Known as SAM LEVINE, Appellant, Respondent, v. HARIL CONSTRUCTION CORPORATION, Respondent, and KILAR CONSTRUCTION Co., INC., Appellant.— On argument, judgment in so far as appealed from by defendant Kilar Construction Co., Inc., and order denying motion of said defendant to set aside the verdict and for a new trial unanimously affirmed, with costs to plaintiff. Appeal by plaintiff from judgment and order dismissing complaint as against defendant Haril Construction Corporation dismissed, without costs, by consent of plaintiff. Appeal by defendant Kilar Construction Co., Inc., from so much of the judgment and order as grants motion to dismiss complaint as against defendant Haril Construction Corporation dismissed, without costs. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

MEYER LIEBERMAN, Appellant, v. HARRY ZWIAK and MICHAEL KOTLOWSKY (Amended to Read MICHAEL KOTLOWITZ), Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

MARY MARINO and RALPH MARINO, as Administrators, etc., of THOMAS MARINO, Deceased, Respondents, v. ALEX LEVINSON, Doing Business under the Firm Name and Style of SULLIVAN COUNTY PRODUCE COMPANY, Appellant.— Order granting motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

LYMAN NILES, an Infant, by JULIAN B. NILES, His Guardian ad Litem, Respondent, v. PETER L. HARVIE and GILBERT A. CLARK, Appellants. JULIAN B. NILES, Respondent, v. PETER L. HARVIE and GILBERT A. CLARK, Appellants. — Order denying defendants' motion to change the place of trial from Westchester county to the county of Rensselaer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

WILLIAM OLKIN, Appellant, v. HENRY KRECKMAN and ANNA KRECKMAN, His Wife, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

EMILIE REED, Respondent, v. GUSTAV WYDLER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

ABRAHAM SENDEL, Plaintiff, v. PRODUCTIVE THOUGHT, INC., a Domestic Corporation, Appellant, and HARRY KAUFMAN, Doing Business as TRAFFIC GARAGE, Respondent.— Order of Appellate Term affirming judgment of the Municipal Court unanimously affirmed, with costs. The dismissal of the complaint as to Kaufman was in effect a vacating of the order bringing him in as a party defendant, and this the court, in the exercise of discretion, had power to do, although the better practice would have been to sever the actions. The dismissal must be deemed to be without prejudice to the right of appellant to sue Kaufman on the same cause of action set up in the answer after Kaufman had been brought in, there having been no determination on the merits between these parties. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.